```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 33021
   REGINA HAWKINS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-5504


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/19/2005 and was confirmed 10/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
  creditors an estimated  74.82% from remaining funds.

     The case was paid in full 06/26/2008.
--------------------------------------------------------------------------------
  CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                               PAID         PAID
--------------------------------------------------------------------------------
  ILLINOIS TITLE LOANS       SECURED            1873.00        45.42      1873.00
  BLACK EXPRESSIONS          UNSECURED        NOT FILED          .00          .00
  CAPITAL ONE                UNSECURED        NOT FILED          .00          .00
  NORTHLAND GROUP INC        NOTICE ONLY      NOT FILED          .00          .00
  CAPITAL ONE                UNSECURED OTH      774.51          .00       579.26
  CERTIFIED RECOVERY SYSTE   UNSECURED        NOT FILED          .00          .00
  CHECK N GO                 UNSECURED           865.55          .00       647.57
  US DEPT OF EDUCATION       UNSECURED          9025.97          .00      6752.87
  PREMIER BANCARD CHARTER    UNSECURED           398.04          .00       297.80
  FMA ALLIANCE LTD           UNSECURED        NOT FILED          .00          .00
  HOUSEHOLD BANK             UNSECURED        NOT FILED          .00          .00
  MIDLAND CREDIT MANAGEMEN   NOTICE ONLY      NOT FILED          .00          .00
  LASALLE BANK LAKEVIEW      UNSECURED        NOT FILED          .00          .00
  LAWRENCE NATHAN & ASSOC    UNSECURED        NOT FILED          .00          .00
  MIY DIRECT                 UNSECURED        NOT FILED          .00          .00
  NORTHWESTERN MEMORIAL HO   UNSECURED        NOT FILED          .00          .00
  RPM                        NOTICE ONLY      NOT FILED          .00          .00
  NATIONAL TITLE LOAN        UNSECURED        NOT FILED          .00          .00
  PD6 MARKETING              UNSECURED        NOT FILED          .00          .00
  PELLETTIERI & ASSOC        UNSECURED        NOT FILED          .00          .00
  PROVIDIAN                  UNSECURED        NOT FILED          .00          .00
  LVNV FUNDING               NOTICE ONLY      NOT FILED          .00          .00
  SONIC PAYDAY               UNSECURED        NOT FILED          .00          .00
  UNITED LEGAL CORP          UNSECURED        NOT FILED          .00          .00
  US DEPT OF EDUCATION       UNSECURED          1895.01          .00      1417.77
  US DEPT OF EDUCATION       UNSECURED          5284.53          .00      3953.67
  US DEPT OF EDUCATION       UNSECURED         17116.85          .00     12806.14
  US DEPT OF EDUCATION       UNSECURED          9714.40          .00      7267.93
  ILLINOIS TITLE LOANS       UNSECURED           178.68          .00       133.68
  B-LINE LLC                 UNSECURED           489.41          .00       366.16
  CHECK N GO                 UNSECURED              .00          .00          .00
  PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                   2,700.00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 33021 REGINA HAWKINS
```

```
TOM VAUGHN                TRUSTEE                                      2,486.73
DEBTOR REFUND             REFUND                                          36.28

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  41,364.28

PRIORITY                                             .00
SECURED                                         1,873.00
    INTEREST                                       45.42
UNSECURED                                      34,222.85
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            2,486.73
DEBTOR REFUND                                      36.28
                         ---------------    ---------------
TOTALS                   41,364.28              41,364.28
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 09/25/08            _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 33021 REGINA HAWKINS